IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATT KOLESAR and RAY KOLESAR,

    Plaintiffs,

DOUGLAS HUFFMAN,

    Involuntary Plaintiff,

v.

MICHELE MOLNAR and JAMIE DANBURG,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-326-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for lack of personal jurisdiction over defendants Michele Molnar and Jamie Danburg.

By: *L. Jensen, Deputy Clerk*
Peter Oppeneer, Clerk of Court

AUG 1 0 2009
Date